**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

FILED
April 18, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
                        DEPUTY

| | |
|---|---|
| FRANCESCO R. SEBASTIANI, DMD, § § § | |
| **Plaintiff,** § § | **CIVIL NO. SA-20-CV-01093-OLG** |
| v. § § | |
| BEXAR COUNTY HOSPITAL DISTRICT, D/B/A UNIVERSITY HEALTH SYSTEM and UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO, § § § § § § § | |
| **Defendants.** § | |

## ORDER

IT IS HEREBY ORDERED that, upon agreement of the parties, the jury trial in the above entitled and numbered cause is set to resume in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Monday, May 6, 2024, at 9:00 A.M.** All parties and counsel must appear.

At that time, each party will have fifteen (15) minutes to present a brief summary of the evidence that has been presented during trial thus far. These summaries shall not include any argument by counsel. The jury will be reminded by the Court that statements made by counsel are not evidence. Following the parties' summaries of the evidence, Plaintiff's counsel will resume and complete the redirect examination of Dr. Sebastiani and continue the presentation of Plaintiff's case-in-chief.

Further, as agreed to by the parties, each juror will be contacted by the jury coordinator as soon as possible in the interim to be: (1) advised that trial will resume on May 6 and determine whether there are any scheduling conflicts that cannot be resolved; (2) instructed again as follows: **"Do not do any research – on the Internet, in libraries, in books, newspapers, magazines, or**

**using any other source or method. Do not make any investigation about this case on your own. If you happen to see or hear anything touching on this case in the media, or in conversation with others, you should turn away and report same immediately to the Court.";** and (3) told to contact the jury coordinator by phone or email to report any violations of these instructions.

It is so **ORDERED**.

**SIGNED** this 18th day of April, 2024.

_____
ORLANDO L. GARCIA
United States District Judge