**FILED**

May 01, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
NM

DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **FRANCESCO R. SEBASTIANI, DMD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. SA-20-CV-01093-OLG** |
| | § | |
| **BEXAR COUNTY HOSPITAL DISTRICT, D/B/A UNIVERSITY HEALTH SYSTEM and UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO,** | § | |
| | § | |
| **Defendants.** | § | |

### ORDER

No later than <u>**9:00 a.m.**</u> **on Friday, May 3, 2024**, each party must submit a written advisory listing—in order—the witnesses to be called by that party and indicating, for each witness, whether he or she will be appearing live or via Zoom. Each advisory must also include the estimated amount of time that will be needed to present, or to finish presenting, the party's case-in-chief.

It is so **ORDERED**.

**SIGNED** this 1st day of May, 2024.

_____
ORLANDO L. GARCIA
United States District Judge