**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

FILED
May 13, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| FRANCESCO R. SEBASTIANI, DMD, § § § | |
| Plaintiff, § § | |
| v. § | CIVIL NO. SA-20-CV-01093-OLG |
| § § | |
| BEXAR COUNTY HOSPITAL DISTRICT, D/B/A UNIVERSITY HEALTH SYSTEM and UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT SAN ANTONIO, § § § § § § | |
| Defendants. § | |

## FINAL JUDGMENT

The Court enters the following Final Judgment in this case pursuant to Federal Rule of Civil Procedure 58.

Against Defendant Bexar County Hospital District d/b/a University Health System, Plaintiff Francesco R. Sebastiani, DMD asserted claims for (1) breach of contract under the Graduate Dental Education Agreement; violations of (2) Title VII due to alleged gender discrimination and retaliation; (3) Texas Commission of Human Rights Act (TCHRA) due to alleged gender discrimination and retaliation; (4) the Rehabilitation (Rehab) Act and the Americans with Disabilities Act (ADA) due to alleged disability discrimination; (5) the Family Medical Leave Act of 1993 (FMLA); and (6) whistleblower protection laws under TEX. HEALTH & SAFETY CODE §§ 161.134–135.

Against Defendant University of Texas Health Science Center at San Antonio, Plaintiff asserted violations of (1) Title VII for alleged gender discrimination and retaliation in the workplace; (2) Title IX for alleged gender discrimination and retaliation at an educational institution; and (3) the Rehab Act for alleged disability discrimination.

On Defendants' motion, the Court granted judgment as a matter of law on Plaintiff's claims under the ADA and the Rehab Act. Plaintiff's claims under the TCHRA, which he asserted against Bexar County Hospital District d/b/a University Health System, were abandoned. Plaintiff's remaining claims were submitted to the jury. The jury returned a verdict in favor of Defendants Bexar County Hospital District d/b/a University Health System and University of Texas Health Science Center at San Antonio on all claims.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Francesco R. Sebastiani, DMD, take nothing from Defendants Bexar County Hospital District d/b/a University Health System and University of Texas Health Science Center at San Antonio.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Francesco R. Sebastiani, DMD, pay taxable costs to Defendants Bexar County Hospital District d/b/a University Health System and University of Texas Health Science Center at San Antonio.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 13th day of May, 2024.

ORLANDO L. GARCIA
United States District Judge